William M. McKeon
  bill@mimhawaii.com
Keri C. Mehling
  keri@mimhawaii.com
MCKEON IMLAY MEHLING
A Limited Liability Law Company
2145 Kaohu Street, Suite 203
Wailuku, Hawai`i 96793
Telephone: (808) 242-6644
Facsimile: (808) 244-9775

Jesse O. Franklin IV (*pro hac vice*),
  jesse.franklin@klgates.com
K + L GATES LLP
925 Fourth Avenue, Ste. 2900
Seattle, WA  98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

*Attorneys for Plaintiff*
*Oh Family Hawaii Properties, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| OH FAMILY HAWAII PROPERTIES, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>BALI BUILT, LLC, a Hawaii limited liability company,<br><br>        Defendant. | CIVIL NO. 13-00461 LEK-BMK<br><br>FINDINGS AND RECOMMENDATION REGARDING ENTRY OF DEFAULT JUDGMENT<br><br><br><br><br><br>No Trial Date Set |

FINDINGS AND RECOMMENDATION
REGARDING ENTRY OF DEFAULT JUDGMENT

On March 10, 2014, this Court heard and considered Plaintiff's Motion for Entry of Default Judgment against Defendant Bali Built, LLC, a Hawaii limited liability company ("Defendant"). William M. McKeon of McKeon Imlay Mehling, A Limited Liability Law Company, appeared on behalf of Plaintiff. Also in attendance was witness Jill Dian'ne. Defendant, which has failed to plead or otherwise defend, did not appear.

The instant Findings and Recommendation addresses Plaintiff's request for entry of default judgment in the amount of $280,910.78.

**I.   FINDINGS**

1.   On September 12, 2013, Plaintiff filed its Complaint for Damages, Demand for Jury Trial; Summons ("Complaint") in this matter.

2.   On October 14, 2013, Michael McLychok, member-manager of Defendant, accepted service of the Complaint. *See*, Amended Proof of Service filed on November 15, 2013.

3.   Defendant failed to file an answer, plead or otherwise defend by the response due date of November 4, 2013.

4. On November 19, 2013, default was entered against Defendant by the Clerk of the Court based on Defendant's failure to answer, plead or otherwise respond to the Complaint.

5. On February 3, 2014, Plaintiff filed its Motion for Entry of Default Judgment (the "Motion").

6. The Motion was supported by the Affidavit of Jill Dian'ne, a construction project manager by trade and the owner's representative hired by Plaintiff to replace Defendant. Exhibit "B" to Ms. Dian'ne's Affidavit is a financial costs and damages chart prepared by Ms. Dian'ne, based on her knowledge of Plaintiff's project and review of applicable invoices and financial records. Ms. Dian'ne attests in her affidavit that the damages incurred by Plaintiff as detailed in Exhibit "B" total $280,910.78.

7. On March 5, 2013, Plaintiff submitted the Supplemental Affidavit of William M. McKeon and Exhibit "C" (the Owner's Representative Agreement between Plaintiff and Defendant) and Exhibit "D" (the Furniture, Fixtures and Equipment Reconciliation referred to in Exhibit "B" to Ms. Dian'ne's Affidavit) thereto.

8. Where a defendant fails to answer the complaint or otherwise respond to the allegations therein, the plaintiff's allegations are accepted as true. *Maui Land & Pineapple Co., Inc. v. Ewing*, 549 F. Supp. 2d, 1256 (D. Haw.

2008)("Because Defendant has failed to answer the Complaint or otherwise respond to Plaintiffs' allegations, the Court accepts Plaintiffs' allegations as true, and FINDS that Plaintiffs are entitled to judgment on their Counts1-10."); *see also United States v. Suganuma*, 546 F. Supp. 2d 996, 1001 (D. Haw. 2008).

9. The Court finds that the well-pleaded allegations of the Complaint are true and that Plaintiff is entitled to judgment against Defendant on Plaintiff's First Cause of Action (breach of contract) and Second Cause of Action (implied covenant of good faith and fair dealing) of its Complaint.

10. The Court finds that Plaintiff has established through the Complaint and the Affidavits of Jill Dian'ne and William M. McKeon, and the accompanying exhibits to their respective Affidavits, that Plaintiff has incurred damages of $280,910.78.

## II. RECOMMENDATION

Based on the foregoing and the record herein, the Court recommends that Default Judgment be entered in favor of Plaintiff and against Defendant on the First and Second Causes of Action of the Complaint, in the amount of $280,910.78. Plaintiff may also seek attorneys' fees and costs by separate motion.

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawaii, March 26, 2014



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

CV 13-00461  LEK-BMK; <u>Oh Family Hawaii Properties, LLC v. Bali Built, LLC</u>; FINDINGS AND RECOMMENDATION REGARDING ENTRY OF DEFAULT JUDGMENT