IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OH FAMILY HAWAII PROPERTIES, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br>  vs.<br><br>BALI BUILT, LLC, a Hawaii limited liability company,<br><br>      Defendant. | CIV NO 13-00461 LEK-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION REGARDING ENTRY OF DEFAULT JUDGMENT

Findings and Recommendation having been filed and served on all parties on March 27, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Regarding Entry Of Default Judgment" (ECF No. [23]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 16, 2014.



      /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**OH FAMILY HAWAII PROPERTIES, LLC VS. BALI BUILT, LLC; CIVIL 13-00461 LEK-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION REGARDING ENTRY OF DEFAULT JUDGMENT**