| | |
|---|---|
| William M. McKeon<br>  bill@mimhawaii.com<br>Keri C. Mehling<br>  keri@mimhawaii.com<br>MCKEON IMLAY MEHLING<br>A Limited Liability Law Company<br>2145 Kaohu Street, Suite 203<br>Wailuku, Hawai`i 96793<br>Telephone: (808) 242-6644<br>Facsimile: (808) 244-9775 | Jesse O. Franklin IV (*pro hac vice*),<br>  jesse.franklin@klgates.com<br>K + L GATES LLP<br>925 Fourth Avenue, Ste. 2900<br>Seattle, WA 98104-1158<br>Telephone: (206) 623-7580<br>Facsimile: (206) 623-7022 |

*Attorneys for Plaintiff*
*Oh Family Hawaii Properties, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OH FAMILY HAWAII PROPERTIES, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>    vs.<br><br>BALI BUILT, LLC, a Hawaii limited liability company,<br><br>          Defendant. | ) CIVIL NO. 13-00461 LEK-BMK<br>)<br>)<br>) FINDINGS AND<br>) RECOMMENDATION<br>) REGARDING PETITION FOR<br>) ATTORNEYS' FEES AND<br>) LITIGATION COSTS<br>)<br>)<br>)<br>) No Trial Date Set<br>)<br>)<br>) |

# FINDINGS AND RECOMMENDATION REGARDING
## PETITION FOR ATTORNEYS' FEES AND LITIGATION COSTS

On April 16, 2014, Default Judgment (ECF NO. [25]) was entered herein in favor of Plaintiff Oh Family Hawaii Properties, LLC's ("Plaintiff") and against Defendant Bali Built, LLC, a Hawaii limited liability company ("Defendant") in the amount of $280,910.78.

On March 24, 2014, Plaintiff submitted "Plaintiff's Petition for Attorneys' Fees and Litigation Costs; Memorandum in Support of Petition; Affidavit of William M. McKeon; Exhibits "A" through "C"; Affidavit of Jesse O. Franklin IV; Exhibits "D" through "F" (ECF NO. [22]) ("Plaintiff's Fees and Cost Petition").

On May 9, 2014, this Court heard and considered Plaintiff's Fees and Costs Petition. William M. McKeon of McKeon Imlay Mehling, A Limited Liability Law Company, and Jesse O. Franklin, IV, of Preston Gates LLC, appeared telephonically on behalf of Plaintiff. Defendant, which has failed to plead or otherwise defend, did not appear.

As directed by the Court during the hearing, Plaintiff has submitted the Supplemental Affidavit of Jesse O. Franklin IV In Support of Plaintiff's Petition for Attorneys' Fees and Litigation Costs with Revised Exhibit "D" ("Mr. Franklin's Supplemental Affidavit"), which revised Plaintiff's request for attorneys' fees by re-calculating Mr. Franklin's fees as a partner based on an

hourly rate of $300.00 and re-calculating associates' fees based on an hourly rate of $225.00 (ECF NO. [28]).

The instant Findings and Recommendation address the amount of attorneys' fees and costs reasonably and necessary incurred in connection with the Default Judgment. After careful consideration of Plaintiff's Petition for Fees and Costs, as revised by Mr. Franklin's Supplemental Affidavit, the Court finds that Plaintiff is entitled to $18,640.14 in attorneys' fees and tax, and $1,036.82 in costs, for a total of $19,676.96.

I.  FINDINGS

1. The Court finds that William M. McKeon's hourly rate of $290 and legal assistant Sundra Allen-Nemoto's hourly rate of $90 are reasonable.

2. The Court finds that Jesse O. Franklin IV's revised hourly rate of $300 and associates John S. Wilson, Benjamin A. Mayer and Raina V. Wagner's revised hourly rates of $225 are reasonable.

3. The Court, having reviewed counsels' billing entries, finds that McKeon Imlay Mehling, LLLC ("MIM") reasonably expended a total of 30.1 hours and K&L Gates LLP ("K&L Gates") reasonably expended a total of 49.3 hours in connection with obtaining Default Judgment.

4. The Court finds that it is reasonable and appropriate to apply the lodestar method under the circumstances.

5. Applying the lodestar method to the reasonable hourly rates above and the hours reasonably expended by counsel, the Court finds that MIM reasonably incurred $7,112.64 in attorney's fees (including general excise tax) and K&L Gates reasonably incurred $11,527.50 in attorneys' fees.

6. The Court finds that the total costs of $1,036.82 incurred by MIM and K&L Gates are reasonable and appropriate.

II. RECOMMENDATION

Based on the foregoing, and the record herein, the Court recommends that Plaintiff be awarded reasonable attorneys' fees in the total amount of $18,640.14 and costs in the amount of $1,036.82, for a total award of attorneys' fees and costs of $19,676.96.

IT IS SO FOUND AND RECOMMENDED.

Dated Honolulu, Hawaii Wednesday, June-04-14



```
  /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge
```

Oh Family Hawaii Properties, LLC v. Bali Built, LLC; CV 13-00461 LEK-BMK;
FINDINGS AND RECOMMENDATION REGARDING PETITION FOR ATTORNEYS' FEES AND LITIGATION COSTS

4