IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OH FAMILY HAWAII PROPERTIES, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BALI BUILT, LLC, a Hawaii limited liability company,<br><br>　　　　　Defendant. | CIV NO 13-00461 LEK-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 04, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Regarding Petition For Attorneys' Fees and Litigation Costs" (ECF No. [29]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 24, 2014.



       /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**OH FAMILY HAWAII PROPERTIES, LLC VS. BALI BUILT, LLC; CIVIL NO. 13-00461 LEK-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**